The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O'DONNELL/SALVATORI, INC., an Illinois corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Defendant/Counterclaim Plaintiff. | NO. 2:20-cv-00882-MLP<br><br>**DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION, AND FURTHER PRODUCTION OF DOCUMENTS**<br><br>**NOTED ON MOTION CALENDAR: March 26, 2021** |

I, Mark Lawrence Lorbiecki, declare as follows:

1. I am an attorney for Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc. ("ODS") in the above-entitled action. I make this declaration based on personal knowledge, am over the age of 18 and competent to testify.

---

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 1
(2:20-cv-00882-MLP)

7343920.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1      2.    Microsoft and ODS have had multiple meet and confer conferences via phone.

2      3.    Attached as **Exhibit A** is a true and correct copy of Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc.'s First Set of Interrogatories and Requests for Production to Defendant/Counterclaim Plaintiff Microsoft Corporation, dated and served on July 29, 2020.

    4.    Attached as **Exhibit B** is a true and correct copy of Microsoft Corporation's Answers, Responses, and Objections to O'Donnell/Salvatori, Inc.'s First Set of Interrogatories and Requests for Production, dated and served on August 28, 2020.

    5.    ODS and Microsoft held their first meet and confer on September 7, 2020. During the first meet and confer conference, some issues were indeed resolved, but ODS left the conference with a myriad of still unfulfilled Interrogatories and Requests for Production.

    6.    Attached as **Exhibit C** is a true and correct copy of a letter to Microsoft's counsel from Mark Lawrence Lorbiecki, dated September 8, 2020.

    7.    Attached as **Exhibit D** is a true and correct copy of a letter to ODS's counsel from Ambika K. Doran, dated September 18, 2020.

    8.    Attached as **Exhibit E** is a true and correct copy of a letter to ODS's counsel from Ambika K. Doran, dated October 7, 2020.

    9.    Attached as **Exhibit F** is a true and correct copy of a letter to Microsoft's counsel from Mark Lawrence Lorbiecki, dated October 16, 2020.

    10.    The Parties had a second meet and confer conference on November 11, 2020 in which, again, some progress was made but, again, many Interrogatories and Requests for Production were still in contention after the conference.

    11.    Attached as **Exhibit G** is a true and correct copy of a letter to Microsoft's counsel from Mark Lawrence Lorbiecki, dated January 28, 2021.

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 2
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7343920.1

12. Attached as **Exhibit H** is a true and correct copy of an email exchange between Mark Lawrence Lorbiecki and Ambika K. Doran, dated February 10, 2021 and February 12, 2021, respectively.

13. Attached as **Exhibit I** is a true and correct copy of a letter to ODS's counsel from Ambika K. Doran, dated February 12, 2021.

14. The above letter resolved minimal discovery issues and was not fully responsive or receptive to ODS's discovery needs.

15. Attached as **Exhibit J** is a true and correct copy of Microsoft Corporation's Supplemental Answers to O'Donnell/Salvatori, Inc.'s Interrogatories Nos. 1-3 (Contains Confidential Materials Subject to the Stipulated Protective Order, dated March 9, 2021. Confidential material has been redacted, pursuant to the Stipulated Protective Order entered in his action.

16. Since February 10, 2021, ODS has requested deposition dates for three key witnesses. Microsoft has not responded but has simply ignored the request. Attached as **Exhibit K** is a true and correct copy of an email exchange between Ambika K. Doran and Mark Lawrence Lorbiecki, dated March 8-10, 2021.

17. The two meet and confer conferences we've had with Microsoft's counsel have proved minimally helpful with regard to ODS's First Discovery Requests.

18. ODS's counsel has no reason to believe that another meet and confer would resolve the pressing discovery issues.

19. Microsoft's counsel has had *seven (7) months* to "confer" and "follow-up" with their client and ODS can no longer wait. Because the contractual rights to contingent compensation necessarily required ODS to repose "trust and confidence" in Microsoft to account

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 3
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7343920.1

for the revenues received, and because such revenues and their sources are in the exclusive knowledge and control of Microsoft, the contract and amendments place a duty, at least with respect to accounting to ODS for the gross revenues received. There exists to vehicle outside of discovery to allow ODS to ascertain what it is owed.

20. Regarding the pre-September 2010 royalty records, Microsoft has only stated that it is burdensome and costly to produce those archived records in their old database system. The ICA was effectuated in October 1, 2001—approximately nine (9) years records are missing.

21. Attached as **Exhibit L** is a true and correct copy of Microsoft Corporation's ESI Disclosures, dated December 30, 2020.

22. The only reports ODS has received are from Sumthing Else Music Works and Sumthing Else Distribution.

23. Given the minimal number of documents produced, ODS is skeptical that Microsoft has comprehensively produced documents responsive to Request for Production No. 8.

24. Derivation has been one of the key issue herein. A derivative work is one which both copies and changes somewhat the nature of the copied work. The ICA and its amendments include such as revenue events. Microsoft has been unwilling to disclose such. Yet, ODS has become aware of such derivative works. This Court has already quoted, with approval, from *Wolf v. Superior Court* (2003) 107 Cal.App.4th 25, 130 Cal.Rptr.2d 860 (*Wolf* ), Therein, the Court observed that, "in contingent compensation and other profit-sharing cases where essential financial records are in the exclusive control of the defendant who would benefit from any incompleteness, public policy is best served by shifting the burden of proof to the defendant, thereby imposing the risk of any incompleteness in the records on the party obligated to maintain

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 4
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7343920.1

1  them." (*Id*. at p. 35, 130 Cal.Rptr.2d 860.) Because it is Microsoft and its wholly owned subsidiary that holds the works and the records of the works, ODS might only be aware of the tip of the iceberg relative to derivative works.

25. To that end, ODS notes that ODS has served three discovery requests that use the term "derivative works" or "derivative use." Among other objections, Microsoft objected that the terms "derivative works" and "derivative use" are technical terms under the Copyright Act that often require expert testimony. On September 14, 2020, counsel for Microsoft stated that counsel was "still working on a proposal" to disclose derivative works. In fact, no real disclosure or certification has taken place. Without such disclosure, ODS cannot meaningfully develop its case for collecting revenue use of these derivative works trigger.

26. ODS is aware that Microsoft commissioned artists to produce note-for-note covers of Halo compositions and "Halo Legacy" works to avoid making payments to ODS, but neither acknowledged these as the derivative works they truly are, nor paid ODS royalties for these works. Microsoft proposed as a compromise to produce the requested information as to "musical compositions by anyone other than ODS or its principals in which Microsoft has in writing thanked or credited ODS or its principals," specifically identifying the following works wherein the following were noted:

- Works in which ODS or its principals have been credited in some fashion:
    - Halo Wars
    - Halo Legends
    - Halo 1 Anniversary
    - Halo 2 Anniversary
- Works in which ODS or its principals have been thanked:

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 5 (2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7343920.1

- Halo 4
- Halo 5 Guardians

27. This list is clearly incomplete and with Microsoft's knowledge. Microsoft has specifically withheld information as to derivative works. Consider, for example, the interview published at:

- https://www.halowaypoint.com/en-us/news/joel-corelitz-through-the-trees

wherein the composer Joel-Corelitz admits to drawing on a piece of music from the original Halo: Combat Evolved and Corelitz unpacked the musical evolution, ""Through the Trees" is my interpretation of "A Walk in the Woods." To realize its ambitious vision for Halo Infinite, "343 Industries music supervisor Joel Yarger has assembled a trio of talented composers to develop stirring, emotional melodies that blend their unique styles with nearly twenty years of iconic motifs." These are derivative works by Microsoft.

28. Composer Gareth's Escharum admits use of the main Halo theme in "Set a Fire in Your Heart." Further, Corelitz discussed the power of previous Halo music, "Halo has a very strong musical identity. So strong, that you could hear just a few seconds of a Halo score playing from another room and recognize it." The new song actually draws off a piece of music from the original Halo: Combat Evolved and Corelitz unpacked the musical evolution, "'Through the Trees' is my interpretation of 'A Walk in the Woods.'"

29. "Being able to pull from Halo's rich musical identity as a composer – to integrate its themes and express them in my voice was a new experience and a real honor. And having all of Halo's themes at my fingertips was a constant source of inspiration and a lot of fun."

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 6 (2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7343920.1

30. In another interview, another composer, Mr. Curtis Schweitzer, admits:

> In my own track, I tried to take the Halo theme – a theme that is often played monophonically, or simply with one part – and simplify that melody down to its essential "pieces" so that the harmonization can play a more prominent role, and to give some room to develop a few "fragments" of my own (for example, you can hear a little bit of the trumpet motif that played in the Discover Hope trailer in the piano part). In other words, my approach here was keeping the backbone of the piece rooted firmly in the Halo theme, but presenting it in a new way.

31. At https://podcasts.apple.com/us/podcast/hybrid-vs-owen-pallett-feat-gareth-coker/id1501267072?i=1000508755703, Gareth Coker (composer for film and games including Ori and the Blind Forest, Ori and the Will of the Wisps, ARK: Survival Evolved, Immortals Fenyx Rising, and Halo Infinite) from 3:42 to 11:52 makes clear how heavily he has relied upon incorporating Halo themes such as the "Monks' Chant". In this interview, especially from 7:51-9:35, Coker points out the use of the iconic Halo work covered in the ICA and its amendments and goes further to state that this incorporation of themes was done at the direction of 343 Industries.

32. ODS is entitled to its fees and costs in following up on the outstanding discovery and preparing the current motion to compel discovery.

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 7
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7343920.1

1 THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY
2 KNOWLEDGE, SO STATED UNDER PENALTY OF PERJURY UNDER THE LAWS OF
3 THE STATE OF WASHINGTON AND THE UNITED STATES OF AMERICA.

4

5    DATED this 11th day of March, 2021.

6                                        *s/ Mark Lawrence Lorbiecki*
                                         Mark Lawrence Lorbiecki, WSBA # 16796
7                                        **WILLIAMS, KASTNER & GIBBS PLLC**
                                         601 Union Street, Suite 4100
8                                        Seattle, WA 98101-2380
                                         Tel:   (206) 628-6600
9                                        Fax:   (206) 628-6611
10                                       Email: mlorbiecki@williamkastner.com

11                                       *Attorneys for Plaintiff/Counterclaim
                                         Defendant O'Donnell/Salvatori, Inc.*
12

13

14

15

16

17

18

19

20

21

22

23

24

25  DECLARATION OF MARK LAWRENCE LORBIECKI IN              **Williams, Kastner & Gibbs PLLC**
    SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO       601 Union Street, Suite 4100
    COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER        Seattle, WA 98101-2380
    SUPPLEMENT ANSWERS AND RESPONSES TO                    (206) 628-6600
    O'DONNELL/SALVATORI, INC.'S FIRST SET OF
    INTERROGATORIES AND REQUESTS FOR PRODUCT - 8
    (2:20-cv-00882-MLP)

7343920.1

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 11th day of March, 2021.

*s/ Mark Lawrence Lorbiecki*
Mark Lawrence Lorbiecki, WSBA # 16796

DECLARATION OF MARK LAWRENCE LORBIECKI IN SUPPORT OF O'DONNELL/SALVATORI, INC.'S MOTION TO COMPEL MICROSOFT CORPORATION TO PROVIDE FURTHER SUPPLEMENT ANSWERS AND RESPONSES TO O'DONNELL/SALVATORI, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCT - 9
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7343920.1