# Exhibit J

The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| O'DONNELL/SALVATORI, INC., an Illinois corporation,<br><br>　　　　　　　Plaintiff/Counterclaim Defendant,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　Defendant/Counterclaim Plaintiff. | No. 2:20-cv-00882-MLP<br><br>MICROSOFT CORPORATION'S SUPPLEMENTAL ANSWERS, TO O'DONNELL/SALVATORI, INC.'S INTERROGATORIES NOS. 1-3<br><br>**CONTAINS CONFIDENTIAL MATERIALS SUBJECT TO THE STIPULATED PROTECTIVE ORDER** |

Defendant/Counterclaim Plaintiff Microsoft Corporation provides these supplemental answers to Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc.'s Interrogatories Nos. 1-3.

**OBJECTIONS TO DEFINITIONS**

1. **"You," "Your," and "Microsoft Corporation."** Microsoft objects to the definition of "you," "your," and "Microsoft Corporation" to the extent it would require disclosure of communications protected by any privilege, including the attorney-client privilege.

2. **"ICA."** Microsoft objects that the definition of "ICA" excludes subsequent amendments, even though they are expressly incorporated into the ICA. Microsoft construes "ICA" to include the incorporated ICA, which includes the First, Second, Third, Fourth, and

MICROSOFT'S SUPPLEMENTAL ANSWERS TO O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 1
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Fifth Amendments, as defined in the Discovery Requests, including the Confirmatory Work-Made-For-Hire and Backup Assignment Agreement attached to the Second Amendment.

## SUPPLEMENTAL ANSWERS TO INTERROGATORIES NOS. 1-3

**INTERROGATORY NO. 1:** Explain in detail how Microsoft calculates amounts due under Section 1(iii) and (iv) of the ICA (along with all amendments of Sections 1(iii) and (iv)).

**ANSWER:** Microsoft objects that the phrase "how Microsoft calculates amounts due" is vague and ambiguous because it is unclear whether ODS is seeking, for example, information about Microsoft's specific mathematical equation for calculating royalties, adherence to certain contractual terms, or interpretation of certain contractual terms. Microsoft thus construes the request to ask about the general manner in which Microsoft calculates royalties owed to ODS. Microsoft further objects that this request is not limited in time and so construes the request to ask about the way Microsoft has calculated royalties owed to ODS since the parties' execution of the Second Amendment, under the as-amended Sections 1(iii) and (iv) of the ICA.

Subject to and without waiving these objections, Microsoft answers that it calculates royalties for the Halo 1 and 2 soundtracks according to Sections 1(iii) and (iv) in the ICA, as amended. Based on these objections, Microsoft will not respond to this request further as drafted but to the extent ODS intended this request to seek additional or different information, Microsoft is willing to meet and confer with ODS to better understand what that information is.

**SUPPLEMENTAL ANSWER:** Microsoft incorporates by reference its objections stated in its original answer as if fully set forth here. Subject to and without waiving these objections, Microsoft further answers that it tracks Halo 1 and 2 soundtrack sales based on regular reports received from distributors managing Halo 1 and 2 soundtrack sales. The distributor reports reflect the amount the distributor owes Microsoft according to revenue the distributor received from Halo 1 and 2 soundtrack sales. *See, e.g.*, MSFT_00000978. Each Halo soundtrack has corresponding internal part number(s) that Microsoft uses to track royalty-bearing events and revenue. Microsoft then uses the internal part numbers corresponding to the

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 2
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

soundtracks to invoice the distributors. *See, e.g.*, MSFT_00000985. Microsoft runs reports known as "statement processing" for the corresponding revenue to generate an automated (previously quarterly and now monthly) report on royalties earned by ODS based on (a) the specific royalty rate agreed upon in the ICA for Halo 1 and 2 soundtrack sales; and (b) the corresponding amount of revenue Microsoft collected for the soundtrack sales minus any applicable deductions. *See, e.g.*, MSFT_00000464-66. The royalties earned amount is then applied to recoup any applicable prepaid advances to ODS. If there are no applicable prepaid advances, then the royalties earned amount equates to the royalties to be paid to ODS for that time period. Microsoft manually reconciles these amounts for accuracy, submits the statement for approval, and once approved, releases the statement to ODS.

**INTERROGATORY NO. 2:** Explain in detail how Microsoft calculates amounts due under Section 1(iii) and (iv) of the ICA (along with all amendments of Section 3.1(c)(i-viii) of the Third and Fourth Amendments).

**ANSWER:** Microsoft objects that this request is duplicative of Interrogatory No. 1 because it seeks information on "how Microsoft calculates amounts due under Section 1(iii) and (iv) of the ICA." Microsoft therefore incorporates by reference its objection and response to Interrogatory No. 1 as if fully stated here. To the extent this request seeks information about "how Microsoft calculates amounts due" under "all amendments of Section 3.1(c)(i)-(viii) of the Third and Fourth Amendments" only, Microsoft objects that the request is ambiguous and confusing because there are no "amendments of Section 3.1(c)(i)-(viii) of the Third and Fourth Amendments." Microsoft therefore will interpret the request to seek information on how Microsoft has calculated royalties owed to ODS under Section 3.1(c)(i)-(viii) of the Third and Fourth Amendments. Microsoft further objects that the phrase "how Microsoft calculates amounts due" is vague and ambiguous because it is unclear whether ODS is seeking, for example, information about Microsoft's specific mathematical equation for calculating royalties,

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 3
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

adherence to certain contractual terms, or interpretation of certain contractual terms.  Microsoft thus construes the request to ask about the general manner in which Microsoft calculates royalties owed to ODS.  Microsoft objects that this request is not limited in time, so Microsoft construes the request to cover the way Microsoft has calculated royalties owed to ODS under Section 3.1(c)(i)-(viii) of the Third and Fourth Amendments of the ICA since the parties' execution of the Fourth Amendment.

Subject to and without waiving these objections, Microsoft answers that it calculates royalties for the "Halo 3 musical compositions," as defined in the Third Amendment, and "Halo Atlas musical compositions," as defined in the Fourth Amendment, according to Section 3.1(c)(i)-(viii) of the Third and Fourth Amendments.  Based on these objections, Microsoft will not respond to this request further as drafted but to the extent ODS intended for this request to seek additional or different information, Microsoft is willing to meet and confer with ODS to better understand what that information is.

**SUPPLEMENTAL ANSWER:**  Microsoft incorporates by reference its objections stated in its original answer as if fully set forth here.  Subject to and without waiving these objections, Microsoft further answers that it tracks Halo 3 and Halo 3: Orbital Drop Shock Troopers soundtrack monetization based on regular reports received from distributors managing those soundtracks' monetization.  The distributor reports reflect the amount the distributor owes Microsoft according to revenue the distributor received from soundtrack monetization.  *See, e.g.*, MSFT_00000978. Each Halo soundtrack has corresponding internal part number(s) that Microsoft uses to track royalty-bearing events and revenue.  Microsoft then uses internal part numbers to invoice the distributors.  *See, e.g.*, MSFT_00000985.  Microsoft runs reports known as "statement processing" for the corresponding revenue to generate an automated (previously quarterly and now monthly) report on royalties earned by ODS based on (a) the specific royalty rate agreed upon in the ICA for Halo 3 and Halo 3: Orbital Drop Shock Troopers soundtrack monetization; and (b) the corresponding amount of revenue Microsoft collected for the Halo 3

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 4
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   and Halo 3: Orbital Drop Shock Troopers soundtrack monetization minus any applicable
2   deductions. *See, e.g.*, MSFT_00000556-58.  The royalties earned amount is then applied to
3   recoup any applicable prepaid advances to ODS.  If there are no applicable prepaid advances,
4   then the royalties earned amount equates to the royalties to be paid to ODS for that time period.
5   Microsoft manually reconciles these amounts for accuracy, submits the statement for approval,
6   and once approved, releases the statement to ODS.
7   &lt;**BEGIN CONFIDENTIAL DESIGNATION**&gt; ███████████████
8   ████████████████████████████████████████████████
9   ████████████████████████████████████████████████
10  ████████████████████████████████████████████
11  ████████████████████████████████████████████████
12  ██████████████████████████████████████
13  ████████████████████████████████████████████
14  ██████████████████████████████████████████
15  ████████████████████████████████████████████
16  ████████████████████████████████████████████
17  ████████████████████████████████████
18       ████████████████████████████████████
19  ████████████████████████████████████████████████
20  ████████████████████████████████████████████████
21  ██████████████████████████████████████
22  ████████████████████████████████████████████████
23  ██████████████████████████████ &lt;**END CONFIDENTIAL**
24  **DESIGNATION**&gt;
25
26
27

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 5
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**INTERROGATORY NO. 3:** Explain in detail how Microsoft calculates amounts due under Section 3.2(c)(i-viii) of the Third and Fourth Amendments (along with all amendments of Section 3.2(c)(i-viii) of the Third and Fourth Amendments).

**ANSWER:** Microsoft objects that this request is ambiguous and confusing because there is no Section 3.2(c) in the Fourth Amendment. Microsoft further objects that the phrase "how Microsoft calculates amounts due" is vague and ambiguous because it is unclear whether ODS is seeking, for example, information about Microsoft's specific mathematical equation for calculating royalties, adherence to certain contractual terms, or interpretation of certain contractual terms. Microsoft thus construes the request to ask about the general manner in which Microsoft calculates royalties owed to ODS. Microsoft further objects that this request is not limited in time and so construes the request to ask about the way Microsoft has calculated royalties owed to ODS since the parties' execution of the Third Amendment, under Section 3.2(c)(i)-(vii) of the Third Amendment.

Subject to and without waiving these objections, Microsoft answers that since the parties executed the Third Amendment, it has calculated royalties for the "Halo 4 musical compositions," as defined in the Third Amendment, according to Section 3.2(c)(i)-(viii) of the Third Amendment. Based on these objections, Microsoft will not respond to this request further as drafted but to the extent ODS intended for this request to seek additional or different information, Microsoft is willing to meet and confer with ODS to understand what that information is.

**SUPPLEMENTAL ANSWER:** Microsoft incorporates by reference its objections stated in its original answer as if fully set forth here. Subject to and without waiving these objections, Microsoft further answers that it tracks Halo Reach soundtrack monetization based on regular reports received from distributors managing Halo Reach soundtrack monetization. The distributor reports reflect the amount the distributor owes Microsoft according to revenue the distributor received from Halo Reach soundtrack monetization. *See, e.g.*, MSFT_00000978.

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 6
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Each Halo soundtrack has corresponding internal part number(s) that Microsoft uses to track
2  royalty-bearing events and revenue.  Microsoft then uses internal part numbers corresponding to
3  the Halo Reach soundtracks to invoice the distributors.  *See, e.g.*, MSFT_00000985.  Microsoft
4  runs reports known as "statement processing" for the corresponding revenue to generate an
5  automated (previously quarterly and now monthly) report on royalties earned by ODS based on
6  (a) the specific royalty rate agreed upon in the ICA for Halo Reach soundtrack monetization; and
7  (b) the corresponding amount of revenue Microsoft collected for the Halo Reach soundtrack
8  monetization minus any applicable deductions.  *See, e.g.*, MSFT_00000558.  The royalties
9  earned amount is then applied to recoup any applicable prepaid advances to ODS.  If there are no
10 applicable prepaid advances, then the royalties earned amount equates to the royalties to be paid
11 to ODS for that time period.  Microsoft manually reconciles these amounts for accuracy, submits
12 the statement for approval, and once approved, releases the statement to ODS.

13 &lt;**BEGIN CONFIDENTIAL DESIGNATION**&gt; ████████████████
14 ████████████████████████████████████████████████████████
15 ████████████████████████████████████████████████████████
16 ████████████████████████████████████████████████████████
17 ████████████████████████████████████████
18 ████████████████████████████████████████████████████████
19 ████████████████████████████████████████████████████████
20 ████████████████████████████████████████████████████████
21 ████████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████████
23 ████████████████████████████████
24 ████████████████████████████████████████████
25 ████████████████████████████████████████████████████████
26 ████████████████████████████████████████████████████████

27

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 7
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  <**END CONFIDENTIAL**

4  **DESIGNATION**>

6  DATED this 9th day of March, 2021.

8  *s/Ambika K. Doran*
   Ambika K. Doran, WSBA #38237

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 8
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## **VERIFICATION**

I, Jonathan Palmer, declare under penalty of perjury that the following is true and correct:

I am the Assistant Secretary of Microsoft Corporation. I have read Microsoft's supplemental answers to Plaintiff O'Donnell/Salvatori, Inc.'s Interrogatories No. 1-3. I am authorized to sign these supplemental interrogatory answers on behalf of Microsoft, and I certify that the matters stated in the document identified above are a corporate response to Plaintiffs' Interrogatories No. 1-3. Because the matters stated in the document identified above are a corporate response, they are not all necessarily within my personal knowledge or within the personal knowledge of any single individual. Subject to these limitations, the facts contained in the foregoing supplemental answersare, to the best of my knowledge, true and correct.

Dated this ___ day of March, 2021, at ___Seattle___, Washington

_____

MICROSOFT'S SUPPLEMENTAL ANSWERS TO
O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 9
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2021, I caused the document to which this certificate is attached to be electronically mailed to the following:

Mark Lawrence Lorbiecki, WSBA #16796
Daniel A. Brown, WSBA #22028
Gabrielle Lindquist, WSBA #57177
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:     (206) 628-6600
Fax:    (206) 628-6611
Email: mlorbiecki@williamskastner.com
          dbrown@williamskastner.com
          glindquist@williamskastner.com

Thomas H. Buscaglia, WSBA #40305
The Game Attorney P.C.
23133 Vashon Highway SW
Vashon, WA 98070
Tel:     (206) 463-9200
Fax:    (206) 463-9290
Email: thb@gameattorney.com

*Attorneys for Plaintiff O'Donnell/Salvatori, Inc.*

DATED at Mercer Island, Washington this 9th day of March, 2021.

By *s/ Ambika K. Doran*
Ambika K. Doran, WSBA # 38237

MICROSOFT'S SUPPLEMENTAL ANSWERS TO O'DONNELL/SALVATORI'S ROGS NOS. 1-3 - 10
(2:20-cv-00882-MLP)
4816-6655-8934v.4 0025936-003219

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax