# EXHIBIT 8

**In the Matter of:**

O'Donnell/Salvatori, Inc. vs Microsoft Corporation

**30(B)(6) JONATHAN SEGALL**

*July 02, 2021*

*Job Number: 774654*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

--------------------------------------------------------

O'DONNELL/SALVATORI,          )
INC., an Illinois             )          CERTIFIED COPY
corporation,                  )
                              )
    Plaintiff/Counterclaim    )
                Defendant,    )
                              )
    vs.                       )    No. 2:20-cv-00882-MLP
                              )
MICROSOFT CORPORATION, a      )
Washington corporation,       )
                              )
    Defendant/Counterclaim    )
                Plaintiff.    )
                              )

--------------------------------------------------------

VIDEOCONFERENCE 30(b)(6) DEPOSITION UPON ORAL
EXAMINATION

OF

MICROSOFT CORPORATION -- JONATHAN SEGALL, DESIGNEE

--------------------------------------------------------

Seattle, Washington

DATE:   July 2, 2021

REPORTED REMOTELY BY:  Douglas Armstrong, RPR
                       Washington CCR No. 3444

30(B)(6) JONATHAN SEGALL - 07/02/2021

```
 1                    A P P E A R A N C E S

 2

     For Plaintiff/Counterclaim Defendant
 3   O'Donnell/Salvatori, Inc.:

 4           MARK LAWRENCE LORBIECKI
             GABRIELLE K. LINDQUIST
 5           Williams, Kastner & Gibbs PLLC
             601 Union Street, Suite 4100
 6           Seattle, Washington 98101
             (206) 628-6600
 7           mlorbiecki@williamskastner.com
             glindquist@williamskastner.com
 8           (Via Videoconference)

 9

     For Defendant/Counterclaim Plaintiff Microsoft
10   Corporation:

11           AMBIKA KUMAR
             Davis Wright Tremaine
12           920 Fifth Avenue, Suite 3300
             Seattle, Washington 98104
13           (206) 757-8030
             ambikakumar@dwt.com
14           (Present with Witness)

15

     Also Present:
16

17           BECKY FRANCIS
             Microsoft In-House Counsel
             (Via Videoconference)
18

19

20

21

22

23

24

25
```

30(B)(6) JONATHAN SEGALL - 07/02/2021

```
 1        Seattle, Washington    Friday, July 2, 2021
 2                         9:29 a.m.
 3        ------------------------------------
 4
 5   JONATHAN SEGALL,        witness herein, having been
 6                           duly sworn by the Certified
 7                           Court Reporter, testified as
 8                           follows:
 9
10              E X A M I N A T I O N
11   BY MR. LORBIECKI:
12        Q.   Mr. Segall, I'm sorry.  I know that we've had
13   a delay this morning.  I want to assure you that there
14   was no intent to be rude.  We've got no reason to be
15   rude to you.  It's just the way it is.  As I said
16   earlier, we've got a skeletal crew because of the
17   holiday, and so I apologize for the delay.  I know your
18   time is valuable.
19        A.   Not a problem.  Thank you.
20        Q.   My name is Mark Lorbiecki.  I represent
21   O'Donnell/Salvatori Music Company.  I will refer to
22   them from time to time either as O'Donnell/Salvatori or
23   ODS.  I'll mean the same entity, the plaintiff in this
24   lawsuit.
25              As you're probably aware, we are -- ODS is
```

1    responding to that, by the very basis of it saying

2    "Macworld" in the name, it would lead me to believe

3    that it was an initiative between Bungie and Apple that

4    predated any relationship with Microsoft.

5          Q.   Is it a -- one would assume that if it had

6    any Halo melodies when Bungie was purchased by

7    Microsoft, Microsoft became the owner of that music; is

8    that correct?

9          MS. KUMAR:  Same objection.  Also, asked and

10   answered.

11         A.   I don't know.

12         Q.   So with regards to the ones that you did

13   prepare, let us start with "Set a Fire in Your Heart."

14   Who decided to include the melody in "Set a Fire in

15   Your Heart"?

16         MS. KUMAR:  Again, objection to the

17   characterization of "including the melody in," but he

18   can answer why he -- who made it so there were

19   similarities.

20         A.   Yeah.  So in regards to the similarities in

21   "Set a Fire in Your Heart," the composer of that

22   particular track was Gareth Coker, and music direction

23   was given by Joel Yarger.

24         Q.   Now, we earlier discussed the term "legacy

25   music."  Would you refer to this as legacy music?

1          MS. KUMAR:  Objection.  Outside the scope of

2     the topic.

3          A.   I would not because my definition of "legacy

4     music" is songs for previous soundtracks of older

5     games, and "Set a Fire in Your Heart" is specifically

6     for "Halo Infinite," which is a current product that we

7     are launching this holiday.

8          Q.   Would it be fair, then, to characterize it as

9     music based on legacy music?

10          MS. KUMAR:  Same objection.

11          A.   So I guess my answer would be from a musical

12     standpoint, music draws inspiration from all sorts of

13     places, and it would be a natural thing for there to be

14     inspiration drawn from Halo's rich history of music.

15          Q.   Now, you'll note that Subtopic A to Arabic 1

16     says "Who decided to make this monk melody present in

17     the following musical offerings?"  And we've referred

18     to "Set a Fire in Your Heart."

19          Who decided that the music should include

20     this melody?

21          MS. KUMAR:  Objection.  Asked and answered.

22     Same objection to the characterization of "included,"

23     but he's answered it.

24          You can go ahead and answer it again.

25          A.   Yeah.  Joel Yarger.

30(B)(6) JONATHAN SEGALL - 07/02/2021

1      Q.   Let's move to "Reverie."  Who decided to
2  include the monk melody in "Reverie"?
3           MS. KUMAR:  Same objection as to the
4  terminology, "include."
5      A.   So "Reverie" was composed by
6  Curtis Schweitzer, and music direction was given by
7  Joel Yarger.
8      Q.   Same question with regard to "Step Inside."
9           MS. KUMAR:  Same objections.
10     A.   So "Step Inside" kind of has some layers to
11 it.  It was composed with "Reverie" as kind of the
12 foundation of the track, and so per my previous answer,
13 those influences being, you know, Curtis Schweitzer and
14 Joel Yarger.  But beyond that, music direction was
15 provided by Joel Yarger, specifically for using
16 "Reverie" in "Step Inside."
17          And then at Joel Yarger's and my own
18 direction, the video includes, in the last few notes,
19 some similarities with portions of the monk melody.
20 And I want to specify that I'm referring to it right
21 now as the monk melody because I became familiar with
22 it as that through preparation for this deposition.
23     Q.   You said that you had input on that.  Would
24 you explain what your input was.
25     A.   Yeah.  So after I received direction from

1    Joel Yarger that they wanted "Step Inside" to

2    essentially be kind of a variation of "Reverie" or

3    influenced by "Reverie," I understood that to mean that

4    they wanted -- they wanted the song to feel more

5    connected to the DNA of Halo.  And so given that

6    direction, I worked with Joel to find a melody that we

7    could put at the end that felt connected to Halo.

8         Q.   You used a term that I'm not familiar with,

9    "the DNA of Halo."  What do you mean by "the DNA of

10   Halo"?

11        A.   So I mean when you -- I'll give you an

12   example of Star Wars.  When somebody goes, "Bum, bum,

13   bum, bum, bum-bum," you understand that to be kind of

14   integral to Star Wars.  Similarly, there are melodies

15   that just immediately associate you to Halo as part of

16   the history of music with it.

17        Q.   Are you familiar with who composed what we're

18   referring to as the monk melody?

19        A.   Yes.

20        Q.   Who?

21        A.   In preparation for this deposition,

22   Marty O'Donnell.

23        Q.   Well, it was Marty and Mike Salvatori, was it

24   not?

25             MS. KUMAR:  Well, I'm going to object because

1    this is also outside the scope of the topic, and

2    there's also a contract that spells this out.  But he

3    can -- he can answer.

4         A.   Yes.  That would be more accurate.

5         Q.   As set out in Subhead B, would you identify

6    each and specifically identify the earliest example of

7    this theme occurring in any Halo-related music for

8    which either of Microsoft or 343 has contracted for its

9    composition.

10        A.   So just so that I'm understanding the

11   question, you would like me to identify the first time

12   in which the monk melody has appeared in a song?

13        Q.   The first and every time is what it says.

14   Please, if you like, I will let you simply read

15   Subhead B and pose that as the question.

16        MS. KUMAR:  So we're going to have another

17   dispute over this because this is another one where we

18   objected to the scope, and we told you what we'd

19   prepare him for.  I can pull up the objections, but

20   it's not exactly that.

21        What we agreed to do was to identify each

22   instance since March 2010 which Microsoft, including

23   343 Industries, has commissioned a third-party to

24   compose music for the Halo video games released or to

25   be released as "Halo 1," "Halo 2," "Halo 3," "Halo 3:

1    ODST," "Halo: Reach," "Halo 4," "Halo 5: Guardians,"

2    and "Halo Infinite" that include the monk melody

3    identified in Topic A.

4        Q.   Please do that.

5        A.   Okay.  So Microsoft has not commissioned any

6    new musical compositions for "Halo 1," "Halo 2,"

7    "Halo 3," "Halo 3: ODST," or "Halo: Reach" since March

8    2010; however, Microsoft does believe the musical

9    compositions it commissioned -- I'm sorry.  I should

10   not say "however."

11          Microsoft believes the music compositions it

12   commissioned for "Halo 4" do not contain similarities

13   to the monk melody; however, Microsoft does believe

14   certain musical compensations that it commissioned for

15   "Halo 5: Guardians" and "Halo Infinite" may contain

16   similarities to portions of the monk melody.  These

17   musical compositions include "Set a Fire in Your

18   Heart," "Reverie," and "Step Inside," as discussed in

19   Topic 1-A, as well as "Halo Canticles" from the

20   "Halo 5: Guardians" soundtrack.

21       Q.   Now I'm going to ask you to identify each

22   instance of publication of this on any publically

23   available website.

24          MS. KUMAR:  Objection.  This is outside the

25   scope of the topic.  We agreed to talk about each

```
 1    instance in which it had been commissioned, not to
 2    identify every single time it had been published.
 3         Q.   I'm awaiting your answer.
 4         A.   Oh, okay.  Well, I want to first give just
 5    kind of a setup so that it can help guide kind of how
 6    we approach this moving forward.  So when Microsoft
 7    goes to post any kind of content, that posting
 8    happenings on what we call our owned and operated
 9    channels, and that kind of goes back to the
10    conversation that we had previously around social media
11    and the distinctions there.
12              And so for "Set a Fire in Your Heart,"
13    Microsoft has posted "Set a Fire in Your Heart" to its
14    Halo-owned channel on YouTube.
15              So I just want to be clear that when I talk
16    about owned channels, there's going to be kind of two
17    subcategories to that.  There's going to be owned
18    channels that are run by the Halo team that are
19    distinguished by being a Halo channel, and then there
20    are channels operated by the Xbox team that are
21    distinguished as Xbox channels.  In each case, those
22    are owned and operated channels that fall under the
23    Microsoft umbrella, but in some of these instances,
24    I'll be giving responses where it was posted on a Halo
25    channel, an Xbox channel, or both.
```

1    Q.   Well, please do.

2    A.   Okay.  So "Set a Fire in Your Heart" was

3  posted to the Halo-owned channel on YouTube.  In

4  addition, Microsoft has, through its distribution

5  partner, currently Music Indie Coalition, posted the

6  audio track of "Set a Fire in Your Heart" to the major

7  music platforms, which include Spotify, Apple Music,

8  Amazon Music, and YouTube Music, formerly known as

9  Google Play.

10        Would you like me to keep going, or do you

11  want --

12    Q.   Yes, please.

13    A.   Okay.  When I say "keep going," I mean would

14  you like me to move on to the next track?

15    Q.   Yes, please.

16    A.   Okay.  Microsoft has posted "Reverie" to its

17  Halo-owned channels on YouTube.  In addition, Microsoft

18  has, through its distribution partner, currently Music

19  Indie Coalition, posted the audio track of "Reverie" to

20  music platforms such as Spotify, Apple Music, Amazon

21  Music, and YouTube Music.

22    Q.   Please continue.

23    A.   So "Step Inside."  One distinction here is

24  that "Step Inside" is both essentially the name of the

25  track that's being discussed as well as the video that

30(B)(6) JONATHAN SEGALL - 07/02/2021

1    we put out.  So in context of it being both a video and

2    a track, I want to clarify that it was not posted

3    separately as a track.  It was just posted as a video

4    which contained the music.

5              So Microsoft has posted "Step Inside" on its

6    Halo-owned channels which are hosted on YouTube,

7    Facebook, Instagram, Twitter, and HaloWaypoint.com, as

8    well as on its Xbox-owned channels which are hosted on

9    YouTube, Facebook, Instagram, Twitter, and Xbox.com.

10             In addition, Microsoft created short-form

11   versions of "Step Inside," a short form meaning taking

12   the full-length video and cutting it down to a shorter

13   length, and that was posted online through paid

14   advertising on YouTube, Twitter, Reddit, Twitch,

15   Polygon, and The Verge, as well as posted through a

16   programatic audience buy through a company called

17   Xandr.  Microsoft also streamed "Step Inside," the

18   video, live as part of the Xbox Games Showcase on

19   July 23, 2020, and it was streamed on the internet.

20        Q.   When you say it was streamed on the internet,

21   where was it streamed on the internet?

22        A.   There were a variety of places a consumer

23   could access it, but to the best of my knowledge,

24   YouTube and Twitch were the predominant access points.

25             And then, continuing on, "Halo: Outpost

1   Discovery," again as a video, not a song or soundtrack

2   or title track.  Microsoft has posted "Halo: Outpost

3   Discovery" on its Halo-owned channels.

4           And "Halo Infinite Gameplay Demo," again as a

5   video, that contains "Set a Fire in Your Heart" and

6   "Reverie."  Microsoft has posted the "Halo Infinite

7   Gameplay Demo" on its Halo- and Xbox-owned channels,

8   and Microsoft also streamed the "Halo Infinite Gameplay

9   Demo" live as part of the Xbox Games Showcase on

10  July 23rd of 2020 and also in the same places I

11  previously mentioned, to the best of my knowledge,

12  running on YouTube and Twitch.

13      Q.   Okay.  Is that the extent of it?

14      A.   That is the extent, yes.

15      Q.   You earlier testified about co-branding

16  opportunities.  Were there any co-branding

17  opportunities wherein content, including the monk

18  melody, was distributed either by Microsoft or 343

19  Industries?

20           MS. KUMAR:  Objection.  It's outside the

21  scope of the topic and refers to testimony in his

22  personal capacity.

23      A.   Can you restate the question related to

24  co-branding.

25      Q.   Did Microsoft distribute any of the content

1   including the monk melody in any co-branding

2   opportunities?

3        A.   I don't know.

4        Q.   Did Microsoft distribute any of the content

5   containing the monk melody to third-party distribution

6   opportunities?

7             MS. KUMAR:   Same objections.

8        A.   I don't know.

9        Q.   You were asked to identify each instance of

10  registration of any work that contained the monk melody

11  with either the copyright office or any of the

12  performing rights organizations such as ASCAP and BMI.

13  Would you please tell me about any or every instance of

14  registration.

15            MS. KUMAR:   Okay.   Just to be clear, what we

16  agreed to produce or identify was with respect to --

17  when we talked about every instance before and he

18  testified, those are the ones that he's prepared to

19  talk about whether they were registered with the

20  copyright office or any performing rights

21  organizations, and he can go ahead and do that.   I

22  think it's Topic 1-D; is that right?

23            MR. LORBIECKI:   That's correct.

24            MS. KUMAR:   Okay.

25        A.   So of the music identified in Microsoft's

```
1   response to Topic 1-B, registered "Halo Canticles" in

2   "Halo 5: Guardians" with ASCAP.  Microsoft also

3   registered the video game "Halo 5: Guardians" for Xbox

4   One, which includes music from the game soundtrack,

5   with the U.S. Copyright Office.  Microsoft has not

6   separately registered any music with the U.S. Copyright

7   Office.

8             MS. KUMAR:  Any Halo music.

9        A.   Oh, sorry.  Any Halo music with the U.S.

10  Copyright Office.

11       Q.   How about the performing rights

12  organizations?  They were also listed there.

13            MS. KUMAR:  He just talked about ASCAP.  Do

14  you want him to repeat it?  I just want to be sure you

15  heard it.

16            MR. LORBIECKI:  He talked about the copyright

17  office.  I want to make sure.  That's the only ASCAP

18  registration you performed?

19            MS. KUMAR:  Of the ones -- again, it's

20  limited to the ones that were identified in response to

21  Topic 1-B.

22       Q.   In whose name did you -- who were the

23  performers listed with regard to this registration with

24  ASCAP or BMI?

25       A.   I don't know.
```

1        Q.    Who were the registered composers for those

2    works?

3        A.    I don't know.

4        Q.    In Subtopic E, you were asked to find out who

5    the custodian is of any records relating to

6    registration of any work containing this theme with any

7    copyright office or any performing rights organization.

8             MS. KUMAR:  So what we agreed to do was to

9    identify the primary custodian of records relating to

10   registrations identified in response to Topic 1-D, and

11   he's prepared to do that.

12       Q.    Please do.

13       A.    Okay.  So Microsoft has an internal database

14   with copyright registrations, but it appears to be

15   incomplete because of the number of times the data has

16   been migrated to different tools over the years.  So

17   Microsoft relies primarily on searching the U.S.

18   Copyright Office records for copyright registrations.

19            Microsoft has no dedicated custodian of

20   records for ASCAP registrations for Halo music.

21   Similarly, Microsoft relies primarily on searching the

22   ASCAP online tool for registrations.

23       Q.    If you, in the course of your job duties, had

24   to find out who was registered, how would you do that

25   at Microsoft?

1    Q.   Are you familiar with how platforms such as

2  YouTube distribute click-through revenue?

3         MS. KUMAR:  Same objection.

4    A.   No, I'm not.

5    Q.   Why don't you look at -- we will return,

6  then, to Topic 3, and I will be referring to again to

7  the title "Halo Infinite Discover Hope Cinematic

8  Trailer."

9         Has Microsoft or 343 Industries received any

10  revenue of any sort for this posting?  And now you're

11  speaking for Microsoft.

12    A.   Well, yeah.  I don't know, because this

13  particular URL and trailer that you're directing me to

14  was not posted by Microsoft.  It was posted by

15  GameSpot.

16         MS. KUMAR:  This is 3-E, right, where we are?

17         MR. LORBIECKI:  We're on D, but --

18         MS. KUMAR:  I'm sorry.  Wait.  We're on --

19         MR. LORBIECKI:  3-D.

20         MS. KUMAR:  3-D.  Okay.

21         MR. LORBIECKI:  E as in "echo," not D as in

22  "delta."

23         MS. KUMAR:  Got it.  Thank you.

24    A.   Yeah.  So just to repeat, one, this video

25  wasn't posted by Microsoft.  And then, secondly,

1   Microsoft does not receive revenue for videos that we

2   ourselves post online to our owned and operated

3   channels.

4        Q.   You're stating that directly for Microsoft?

5   You are denying that Microsoft receives any revenue as

6   is contained in either of Subtopics C or D with

7   reference to this title?

8            MS. KUMAR:  For the video, correct?  Because

9   we've talked about the difference between music and

10  video.

11           MR. LORBIECKI:  C and D are -- I don't know.

12  All right.  With regard to music, then.

13           THE WITNESS:  Can I have a moment?

14           MS. KUMAR:  There's a question pending.

15  You've got to answer.

16           THE WITNESS:  Okay.

17           MS. KUMAR:  Unless you have a question about

18  privilege.

19           MR. LORBIECKI:  No.

20           MS. KUMAR:  Not you.  If he has a question

21  about privilege.  If he does, he can consult with me,

22  but otherwise, no.

23       A.   So in regard to any music, there was a window

24  of time in which YouTube was monetizing music on behalf

25  of Halo and 343 Industries using their algorithm, which

```
 1    identified when videos were placed on the internet.
 2    Excuse me.  Not placed on the internet.  Placed on
 3    YouTube.  And that was basically decommissioned by
 4    343 Industries or Halo because it was resulting in fans
 5    being unable to post their content to YouTube.
 6            I don't know the time frame in which that
 7    happened or in which it was turned off.  That's kind of
 8    my hesitancy.  So I only know a vague time period.
 9        Q.   Who made the decision?
10        A.   I don't know.
11        Q.   What department would have made the decision?
12            MS. KUMAR:  Objection.  Calls for
13    speculation.  Asked and answered.
14            MR. LORBIECKI:  No, it wasn't.
15        Q.   What department would --
16            MS. KUMAR:  He already said, "I don't know."
17    Anyway, it calls for speculation.  Go ahead.
18        A.   Yeah.  I legitimately don't know which
19    department would have made that call.
20            MS. KUMAR:  This is also outside the scope of
21    the notice.
22            MR. LORBIECKI:  No, it isn't.  It's right
23    there in C and D.
24            MS. KUMAR:  Okay.  I disagree.
25        Q.   Moving on to title "Halo Infinite Campaign
```

1   Gameplay Premiere Score" which is Topic 4, who decided

2   to place that music on the YouTube website?

3       A.   Just give me just one moment to find that.

4   Okay.  Yes.  This video was posted to the Halo-owned

5   channel at the URL provided, and that was done though

6   the Halo community team led by Brian Jarrard, posted on

7   the Halo-owned channel on YouTube.

8       Q.   You've answered with regard to video.  The

9   question I asked was who placed the music?

10          MS. KUMAR:  Objection.  Vague.  It's a video

11  containing music.  I'm not sure how you could place

12  music specifically.

13          MR. LORBIECKI:  He's earlier testified that

14  music has been placed with another trailer on various

15  websites.

16          MS. KUMAR:  I still think this is vague, but

17  you can ask him to answer.

18      A.   So the "Halo Infinite Campaign Gameplay

19  Premiere," which is a video, I do know includes the

20  track "Set a Fire in Your Heart."  So is the question,

21  then, who placed "Set a Fire in Your Heart" online?

22      Q.   Let's ask that question.  Who placed "Set a

23  Fire in Your Heart" online, the music?

24          MS. KUMAR:  Objection.  Vague.  Where?  When?

25          MR. LORBIECKI:  I'll ask each of those

1    questions.

2         Q.   Where and when was it placed on the internet,

3    and who placed it there?  Who decided to place it

4    there?

5         A.   The placement would have been done by the

6    343 Industries audio team.  I don't know who

7    specifically made that call.

8              And in terms of when, it would have been done

9    within the last year because it would have happened

10   after this gameplay premiere debuted, which happened in

11   July of 2020.  So it would have happened after July of

12   2020.

13        Q.   Where has it been placed?

14             MS. KUMAR:  I think we've already --

15        A.   Yeah.  So just to be clear, we have gone

16   through this, but we're now just kind of answering,

17   because it was also the same track anyway.

18             MS. KUMAR:  I think this is now Topic 1-C

19   that he's going back to --

20             THE WITNESS:  Okay.

21             MS. KUMAR:  -- which is any instances in

22   which Microsoft has published to any of its websites

23   each of the music compositions in 1-A.  So if you want

24   to refer to that, you can.

25             THE WITNESS:  Sure.

1    A.   So it was placed on the Halo channel on

2  YouTube as well as the music platforms that we've

3  previously discussed, being Spotify, YouTube Music,

4  Amazon Music, and Apple Music.

5    Q.   Has Microsoft received revenue for that

6  placement?

7         MS. KUMAR:  Objection.  Compound.  He just

8  named a bunch of different platforms.

9    Q.   For any of those platforms, has Microsoft

10 received any revenue?

11   A.   Yes.  As previously stated, there is revenue

12 generated for any song that Microsoft places on those

13 music platforms.  We don't generate revenue on YouTube,

14 but we do on the music platforms, and that is handled

15 through Indie Music Coalition.

16   Q.   How much have you received for that?

17   A.   I don't know.

18        MS. KUMAR:  You should have -- again, we

19 talked about how you have these records.  We can give

20 you the Bates range if you'd like, not right this

21 second, but I can get it for you.

22   Q.   On any of those placements, has any of the --

23 either O'Donnell/Salvatori Music or either of

24 Marty O'Donnell or Michael Salvatori been recognized as

25 a composer?

1    A.   I would -- I would need to check, but I would

2    be absolutely shocked.  I mean, I would be absolutely

3    shocked if you went on to Spotify and -- oh, wait.  I'm

4    sorry.  I'm getting thrown off on which songs we're

5    talking about here.

6         MS. KUMAR:  Are we back to topic -- are we on

7    "Set a Fire in Your Heart," or are we on --

8    A.   Just to be clear, I want to make sure that we

9    are talking about the music within Topic 4, "Halo

10   Infinite Campaign Gameplay."

11   Q.   We are.

12   A.   Okay.

13   Q.   Specifically, I'm talking about Subtopic E to

14   Topic 4.

15   A.   So they've been recognized.  They have been

16   recognized on Xbox.com and Halo Waypoint, but

17   specifically to the various music platforms that we've

18   been talking about, I don't know.  I didn't check those

19   platforms.

20   Q.   Would you --

21        MS. KUMAR:  Wait.  Sorry.  Before you start

22   again, can we take a break real quick?  I'm sorry.

23        MR. LORBIECKI:  Sure.

24        MS. KUMAR:  Okay.  We'll be back in ten.

25        (Recess.)

```
 1   BY MR. LORBIECKI:
 2        Q.   With regard to this "Halo Infinite Campaign
 3   Gameplay Premiere Score," were any of
 4   O'Donnell/Salvatori Music, Marty O'Donnell, or
 5   Michael Salvatori recognized in any of the placement of
 6   the music on the internet?
 7             MS. KUMAR:  I'm sorry.  What topic are we on?
 8             MR. LORBIECKI:  We're still on 4.
 9             MS. KUMAR:  Okay.  And are you --
10             THE WITNESS:  It isn't a score.  It's a
11   video.
12             MS. KUMAR:  Yeah.  So again, I think we just
13   need to be clear when we're talking about video versus
14   music.
15             MR. LORBIECKI:  The topic is music.
16             MS. KUMAR:  I know.  And, Mark, this is
17   another issue we might have to fight over, but we've
18   objected that, you know, it's for an expert to opine on
19   what music is, quote/unquote, contained or included in.
20             And so we did way in our response -- to
21   which, again, I say you didn't respond -- that we would
22   be willing to talk about the video.  So he's prepared
23   to answer that question with respect to the video.
24             MR. LORBIECKI:  Are you suggesting that it
25   takes an expert to understand where a portion of a
```

 1   soundtrack is placed on the internet?  Is that the

 2   position of Microsoft right now?

 3           MS. KUMAR:  No.  What I'm saying is it is the

 4   subject of expert testimony as to whether the monk

 5   melody is contained in a particular video or track or

 6   whatever we want to call it.

 7           You know, we've said this many times.  You

 8   know, Microsoft itself -- and you said as long as it

 9   was on the record, it was okay with you -- is not going

10   to opine about what music is contained or included in

11   something.  You know, we've been careful to talk about

12   what's similar and not similar, but we're not -- we

13   can't go beyond that without expert testimony.

14           MR. LORBIECKI:  Did I say monk melody?  I

15   said what portion of the music that is in the video is

16   placed on the internet?

17           MS. KUMAR:  I guess I'm not -- I'm still not

18   sure what that question means, but I guess if Jonathan

19   understands, he can answer it.

20      A.   So just to be clear, like, I'm not going to

21   be prepared to answer music-specific questions to a lot

22   of these.  I can answer Topic 4, "Halo Infinite

23   Campaign Gameplay Premiere" video because in a previous

24   section, we specified.  In the section regarding

25   similarities to the monk chant, we did say that the

30(B)(6) JONATHAN SEGALL - 07/02/2021

1    "Halo Infinite Gameplay Demo" contains "Set a Fire in

2    Your Heart" and "Reverie."  So that's -- I just want to

3    be clear that the reason why I know those songs are in

4    there is because I prepared for that under similarities

5    to the monk chant.

6           But as far as all of these other video links,

7    I'm not prepared to speak to like what specific tracks

8    are in those videos.  That's just not something I can

9    do.

10          So I can answer it, though, for Topic 4,

11   "Campaign Gameplay Premiere" because it was -- it was

12   in the scope of what we looked at in terms of

13   similarities for the monk chant.  Does that make sense?

14       Q.   Do you agree with me that both Topic 4-A and

15   4-B speak to music?

16          MS. KUMAR:  Okay.  I'm going to object.  He's

17   not a lawyer.

18          We told you in our response what we would

19   testify to.  We used the word "video."  We did not use

20   the word "music."  If that's something that you have a

21   problem with, then we'll probably need to fight that

22   battle out in court, but it's not something that the

23   witness himself needs to talk about.

24          MR. LORBIECKI:  Is this not a lawsuit about

25   music?  Did I lose track of something?

```
 1              MS. KUMAR:  I'm not honestly sure how to
 2    respond to that, Mark.
 3              MR. LORBIECKI:  I read these as talking about
 4    music.
 5              MS. KUMAR:  Again, we provided you a list of
 6    the scope that we would testify to.  We had a
 7    meet-and-confer phone call about it.  You agreed to get
 8    back to us by June 10th with any problems you had with
 9    it.  You didn't.
10              You claim that in this one email string about
11    a video of Bonnie Ross, that is also not within the
12    scope of the topics, that you wholesale rejected our
13    changes, but that's not our position or our view.
14              MR. LORBIECKI:  I'll stick with the language
15    of the notice.
16              MS. KUMAR:  Okay.  Then he's not -- I'm
17    telling you he's not prepared.  Other than this one
18    that he's identified, he's not prepared to talk about
19    the music.
20              He's also testified that any videos -- to his
21    knowledge, any videos that were posted were posted to
22    Microsoft-owned channels for which there is no revenue
23    and that any audio posted by Microsoft was done through
24    very specific platforms to which there was revenue,
25    audio only, that is.  And you have the records for that
```

1    revenue.  So I'm not -- I'm confused as to what

2    information you're lacking.

3            MR. LORBIECKI:  We will press on.  I am

4    prepared to reserve my position with regard to these

5    topics express music.  And we may as well just simply

6    say that the same stuff -- your objections, my

7    position -- is repeated all the way through so that we

8    don't have to argue on each of these points because

9    they're duplicated throughout.

10           MS. KUMAR:  That's fine.  I may from time to

11   time remind you of my objection and you can remind me

12   of your response, but I don't think we need to get into

13   a colloquy like this again.  I think we understand each

14   other's positions.

15   BY MR. LORBIECKI:

16       Q.   Moving on to Topic 5, the Halo --

17           MS. KUMAR:  I'm sorry.  Mark, you're cutting

18   out a little bit.  I don't know why.

19           THE COURT REPORTER:  Counsel, can I just say

20   when you're shuffling papers, that's all that's heard.

21           MS. KUMAR:  Okay.  Got it.  Go ahead, Mark.

22       Q.   In Topic 5, with reference to the title "Halo

23   Infinite E3 2018 Announcement Trailer," who decided to

24   place that on the internet?

25       A.   So that was posted to the Halo-owned channel

1    at the -- by the Halo community team by Brian Jarrard

2    at the Halo-owned channel on YouTube.

3         Q.   And where was the music posted?

4              MS. KUMAR:   Same objection as before.

5         A.   So I want to just again clarify that I'm not

6    prepared to answer music-related questions in these

7    videos, but I can tell you that my answer, even if I

8    did know, would be exactly as previously stated, that

9    music gets posted on the music platforms that we've

10   discussed at length.  And when it gets posted outside

11   of that, it goes on the YouTube channel that we own and

12   operate that is not monetized.

13        Q.   Your answer would be the same with regard to

14   each of these as to who made the decision not to

15   monetize; is that correct?

16             MS. KUMAR:   Okay.  Objection.  I don't think

17   he talked about who decided to monetize or not

18   monetize.

19             And also, it will help, I think, if I clarify

20   that some of the topics refer to videos that were

21   posted by Microsoft itself.  Some were not.  And so if

22   you want to streamline the deposition and ask about,

23   you know, which ones were posted by Microsoft and have

24   a set of questions for those and have a set of

25   questions for those that were not, that will probably

1  streamline things if you'd like to do that instead of
2  going one by one.
3      Q.   Is it your position that Microsoft or 343
4  Industries has received no revenue from the posting of
5  music on social media websites?
6          MS. KUMAR:  Objection.  That mischaracterizes
7  his testimony.
8      A.   Yeah.  I don't know because I only know that
9  as of right now, this very moment, we do not.  We do
10  not monetize.
11          MS. KUMAR:  On video.
12          THE WITNESS:  On video, yes.
13      Q.   Turning now to Topic 6, "Halo Infinite
14  Campaign Gameplay Trailer," who decided to place this
15  trailer on the internet?
16      A.   So this was posted to the Halo channel at the
17  website provided, and that was done though the Halo
18  community team, led by Brian Jarrard.  They posted this
19  video to the Halo-owned channel on YouTube.
20      Q.   Would you agree that all of the other music
21  channels that we've previously expressed in response to
22  the prior questions to our Topics 2 through 4 also
23  apply to the music relative to this trailer?
24          MS. KUMAR:  I'm sorry.  Doug, can you repeat
25  that.

1      Q.   Would you agree --

2           MS. KUMAR:  Okay.

3      Q.   -- that that the music posted relative to

4 this trailer, that was contained in this trailer, would

5 have been posted to the same sites that we referred to

6 with reference to 4 and 5?

7           MS. KUMAR:  Okay.  I just want to be clear

8 that the sites you're talking about are the music

9 platforms and that Halo and -- maybe Jonathan knows

10 what you're talking about, but I just want to have a

11 clear record about what sites you're talking about.

12           MR. LORBIECKI:  He earlier answered all those

13 other music sites that I talked about above, so I'm

14 trying to say would this be to the same sites so he

15 doesn't have to continue to list them.

16      A.   If the music was posted, then it would be on

17 those sites, but I do not know if the music from this

18 trailer was posted because I'm not familiar with what

19 tracks are in this video.

20      Q.   All right.  I reserve my same issue.

21           MS. KUMAR:  Okay.

22      Q.   Moving on, Topic 7, "Halo Infinite Official

23 Cinematic Trailer Xbox Showcase 2020."  I'm assuming

24 that because this is Xbox, you're specifically aware of

25 more information here than you might be on some of the

```
 1    others; is that correct?
 2              MS. KUMAR:  Objection.  Vague.  But go ahead.
 3         A.   That's incorrect.
 4         Q.   Okay.  Why is it incorrect?
 5         A.   Because this video was not -- the particular
 6    video that is linked to in this document was not posted
 7    by Microsoft.  It was posted by a company called IGN.
 8         Q.   Does Microsoft have any relationship to IGN?
 9              MS. KUMAR:  Objection.  Outside the scope of
10    the topic, if it's that broad.
11         Q.   All right.  Relative to the music, does
12    Microsoft have any contractual relationship with IGN?
13              MS. KUMAR:  Same objection, but go ahead.
14         A.   Not relative to music, no.
15         Q.   How about relative to videos?
16              MS. KUMAR:  Same objection.
17         A.   Nothing contractual, no.
18         Q.   When you say "nothing contractual," what is
19    the nature of the relationship?
20         A.   IGN operates in two kind of distinct
21    functions.  One is as a content publisher, and one is
22    as an advertising publisher.  So on the consent side,
23    they function as more of an outlet for news and
24    information.  And so in that vein, the relationship
25    with Microsoft is more PR in nature.
```

30(B)(6) JONATHAN SEGALL - 07/02/2021

1          And then on the advertising side, IGN as a

2   publisher of advertisements, the relationship with

3   Microsoft can, not in this instance, but can be from a

4   paid advertisement placement.  But I want to clarify

5   that it is not in this instance.

6       Q.   You're familiar with each of the trailers

7   that are set out in each of the topics, are you not?

8          MS. KUMAR:  Objection as to when you say

9   "familiar," what you mean.  But go ahead.

10      A.   I have watched through all of these, yes.

11      Q.   Does IGN have any relationship to Microsoft

12   relative to any of these trailers?

13          MS. KUMAR:  Objection.  Outside the scope.

14      A.   So I can -- I can answer just based off of

15   there's no contractual relationship here regarding any

16   of these trailers.  IGN is operating independently in

17   this scenario as more of a content publisher.

18      Q.   What does that mean?

19          MS. KUMAR:  Objection.  Vague.  Go ahead.

20      A.   They operate a website that they populate

21   with articles and videos, but as to how they obtain

22   those articles and videos, I don't know all their

23   different methods.

24      Q.   As you're sitting here, are you asserting

25   that with regard to each of these trailers, Microsoft

 1   nor 343 Industries, neither of them have provided

 2   content to IGN as a content publisher?

 3         MS. KUMAR:  Objection.  It's outside the

 4   scope.

 5         And when you say "each of these trailers," do

 6   you mean the trailers in all of the topics?

 7         MR. LORBIECKI:  Yes.

 8         MS. KUMAR:  Okay.

 9   A.    I don't know.  I -- yeah, I don't know.

10   Q.    Again, with regard to this trailer, if the

11   music was published by Microsoft, would the same group

12   of music outlets apply to this as have applied to

13   earlier trailers where you identified such outlets?

14   A.    So, yeah, I'm going to -- it's the same

15   response.  I don't know specifically what music was in

16   this video, but any Halo music that is posted by

17   Microsoft gets posted to the platforms that we have --

18   the music platforms that we have discussed.

19   Q.    And are we still using the definition "posted

20   by Microsoft" to include 343 Industries, any vendors,

21   any other contractual partners of Microsoft?

22         MS. KUMAR:  Objection.  Mischaracterizes his

23   testimony.

24   A.    As I've testified today, it would include 343

25   Industries and the Indie Music Coalition.

1    Q.   Moving on to Subtopic 8, for the trailer

2  "Halo 6: Infinite Gameplay Trailer 2020," who decided

3  to post that to the internet?

4    A.   It wasn't Microsoft.  We didn't post this

5  video.  It appears to be posted by an independent third

6  party called GameCheck.

7    Q.   Does Microsoft or 343 Industries have any

8  relationship with GameCheck?

9    A.   No.  I've never heard of them up until this

10  deposition.

11    Q.   Would the -- was the music in this posted

12  anywhere else that you're aware of?  And I'm talking

13  about the music now, anywhere else that you're aware of

14  the internet.

15      MS. KUMAR:  Same objection.

16    A.   Yeah.  I don't know.

17    Q.   Moving on to Topic 9, the title is "Halo:

18  Master Chief Collection, The Ultimate Halo Experience

19  Trailer."  Who decided to post this on the internet?

20    A.   So this particular YouTube link that was

21  provided was not posted by Microsoft.  It was posted by

22  IGN, IGN being the previous media company that we

23  discussed.

24    Q.   Did Microsoft provide the content that IGN

25  posted?

```
 1              MS. KUMAR:  Okay.  That's fine.

 2              So the title of this one, Mark, according to

 3   our records is "Halo 5: Guardians/Master Chief."

 4   There's no "score" in the title that we can see.  So we

 5   just want to be sure you're referring to the trailer, I

 6   think.

 7              MR. LORBIECKI:  We're referring to the

 8   trailer that's listed by URL in Topic 12.

 9              MS. KUMAR:  Okay.  Thanks.

10       A.   Yeah.  So to the best of my knowledge,

11   Xbox On is an independent third party unaffiliated with

12   Microsoft, so we didn't post this video ourselves.

13       Q.   For the sake of the court reporter, will you

14   please spell who owns this.

15              MS. KUMAR:  Objection.  Misstates his

16   testimony about ownership, but as to who --

17              MR. LORBIECKI:  Posted it.

18       A.   Yeah.  The company or the brand is called

19   Xbox On, and as far as to the best of my knowledge,

20   they're not officially affiliated with Microsoft.

21       Q.   I'm just wondering is that last part that

22   you're saying "On," the letter O, the letter N?

23       A.   Correct.  Xbox and then the word "On."

24       Q.   Okay.  I just want to make sure it's

25   reflected appropriately in the record.
```

1           MS. KUMAR:  It's X-B-O-X, space, O-N.

2      Q.   And has Microsoft received any revenue

3  relative to this trailer?

4      A.   Well, no, not that I'm aware of, because we

5  don't receive revenue for videos that we post, even

6  though, you know, we did not post this one.

7      Q.   I'm not sure I understood your answer.

8  You're saying -- let's do it this way.

9           Did Microsoft receive any revenue for this

10  posting?  Yes or no?

11      A.   Not that I'm aware of, because we don't have

12  an affiliation with this.  And I was just adding to my

13  answer that per my previous answers, that any video

14  that we do post, we do not receive revenue for.

15      Q.   Moving on to Topic 13, "Halo 4 Teaser" or at

16  least the trailer identified by the URL that is in

17  Topic 13.  Who made the decision to post that?

18      A.   Yeah.  That was posted to the Halo-owned

19  channel on YouTube by the Halo community team led by

20  Brian Jarrard.

21      Q.   Okay.  Do you also not receive revenue from

22  that?

23      A.   Correct.

24      Q.   Topic 14, "Halo Legends Trailer."  Who

25  decided to post that?

1      A.   It was not posted by Microsoft, and it

2  appears the video titled "Halo Legends Trailer HD" was

3  posted by an independent third party unaffiliated with

4  Microsoft called thEntrtnr, and it's spelled quite

5  oddly.  It's T-H and then E-N-T-R-T-N-R.  Again, that's

6  T-H-E-N-T-R-T-N-R.

7      Q.   The question about revenue:  Has Microsoft

8  received any revenue from this posting on the internet?

9      A.   Not that I'm aware of, no.

10      Q.   Topic 15, "Halo Nightfall Official Trailer

11  2015."  Who decided to place this on the internet?

12      A.   Again, Microsoft did not post this video.  It

13  appears to be posted by an independent third party

14  unaffiliated with Microsoft by the name FTZ.  Again,

15  that's FTZ.

16      Q.   Okay.  Did Microsoft receive any revenue from

17  the posting of this video or the music?

18      A.   Not that I'm aware of, no.

19      Q.   Topic 16, "Halo Legends Origins, Part 2."

20  Who decided to post that on the internet?

21      A.   Again, it was not posted by Microsoft.  It

22  appears to be posted by Sparkletron Prime, an

23  independent third party unaffiliated with Microsoft.

24  And that's, again, Sparkletron Prime.

25      Q.   Two words or one?

1    A.    Two words.  If you'd like me to spell it, let

2  me know.

3         MR. LORBIECKI:  Mr. Court Reporter, are we

4  okay?

5         THE COURT REPORTER:  Please spell all of

6  these because they could always be spelled unusually.

7         THE WITNESS:  It's S-P-A-R-K-L-E, and in the

8  same word, T-R-O-N.  Sparkletron.  And then, second

9  word, Prime, P-R-I-M-E.

10    Q.    Inasmuch as you've already determined that

11  the trailer identified in 17 predated your current

12  position at Microsoft, who made the decision to post

13  this on the YouTube website?

14    A.    Are we talking about Topic 16 still?

15    Q.    No.  We've moved to 17.

16         MS. KUMAR:  Oh, okay.

17    A.    Okay.  I do not know the answer to that.

18    Q.    Who was your predecessor in your current

19  position?

20    A.    My predecessor was Ryan Cameron.

21    Q.    Would he have been the person who normally

22  would have made that decision?

23         MS. KUMAR:  Objection.  Lacks foundation.

24  Calls for speculation.

25    A.    I don't know.

1      Q.    This is a video owned by Microsoft, right?

2            MS. KUMAR:   Objection.  Lack of foundation.

3      A.    It -- yes.

4      Q.    And it was posted by virtue of someone at

5   Microsoft making that decision; is that correct?

6      A.    That is correct.

7      Q.    And what department would make such a

8   decision?

9      A.    It's -- it could have been either through

10  product marketing or marketing communications, and I

11  work in the marketing communications department.

12     Q.    But you don't know?

13           MS. KUMAR:   Objection.  Asked and answered.

14     A.    I wasn't on the team at that time frame.  So

15  I'm just not -- I'd be guessing if I told you who made

16  the decision.

17     Q.    Read Subtopic a to 17, please.

18           MS. KUMAR:   Here.

19     A.    "Who decided to and who placed this music on

20  the YouTube website?"

21     Q.    So it's fair to say that this was fully in

22  the scope of the topics set forth for today's

23  deposition; is that correct?

24           MS. KUMAR:   He's not a lawyer.  Object as to

25  what's in the scope or not.  I haven't objected to it

```
 1   being outside the scope, and nonetheless, he's answered
 2   the question.  He doesn't know.
 3              MR. LORBIECKI:  Microsoft doesn't know.
 4              MS. KUMAR:  He said he doesn't know.  I'm
 5   happy to -- let me finish, Mark.  I'm happy to find out
 6   whether we know the answer or not.  I agree that it is
 7   in the scope, and that's something we can easily do
 8   after the deposition.  But it was posted by Microsoft.
 9       Q.   Has Microsoft received any revenue from this
10   posting?
11       A.   Not that I'm aware of, no.
12       Q.   Will you agree that that's all within the
13   scope of what you should have prepared?
14              MS. KUMAR:  He said -- I'm sorry.  He said
15   not that he's aware of, not that he didn't know.  He's
16   prepared on this topic.
17       Q.   What other places has Microsoft placed music
18   for this trailer?
19       A.   So again, previous to our other, you know,
20   discussions on this, I can't speak to the specific
21   music in this trailer, but I can tell you that anytime
22   we post Halo music, it goes on the music platforms that
23   we have discussed.
24       Q.   And did you receive -- did you, Microsoft,
25   receive any revenue for the music postings?
```

1      A.    When we do post music -- again, I can't say

2 specific to Topic 17, but when we do post music, there

3 is revenue received from those music platforms.

4      Q.    And how would we know how much music was --

5 or how much revenue was received for the music in this

6 instance?

7           MS. KUMAR:  You have those records.  You have

8 the records for audio-only content posted to music

9 platforms.

10      Q.    Moving on to Topic 18, who decided to post

11 the trailer identified by the URL listed in Topic 18?

12      A.    It was not posted by Microsoft.  It appears

13 to be posted by IGN.

14      Q.    Does it include any content provided to IGN

15 by Microsoft or any Microsoft affiliate?

16      A.    I don't know.

17      Q.    Moving on to Topic 19, who decided to post

18 the trailer identified by the URL in Topic 19?

19      A.    That was posted by the Halo community team

20 led by Brian Jarrard, and it was posted to the

21 Halo-owned channel on YouTube.

22      Q.    Where is the music that accompanied that or

23 that is contained in that trailer posted?

24           MS. KUMAR:  Same objection as before.

25      A.    Yeah.  I'm not familiar with exactly what

1   music is in this trailer, but again, I can tell you

2   that anytime we post Halo music to a platform, it is

3   posted to the music platforms we've discussed, which

4   are monetized.

5        Q.   Moving on to 20, who decided to post the

6   trailer that's located at the URL listed in Topic 20?

7        A.   That was posted by an independent third party

8   unaffiliated be Microsoft called GameSpot.

9        Q.   Spelled like it sounds?

10       A.   Game, G-A-M-E, Spot, and it's one word.

11       Q.   Did Microsoft receive any revenue from that

12   posting?

13       A.   No, not that I'm aware of.

14       Q.   Did Microsoft receive any revenue from the

15   posting of the music?

16            MS. KUMAR:   Same objection as before.

17       A.   Yeah.  I don't know.

18       Q.   Moving then to Topic 21, who posted the

19   trailer identified by the URL listed in Topic 21?

20       A.   It was posted by our Xbox social team through

21   our agency of record for social media, Ayzenberg,

22   posted the video to the Xbox-owned channel on YouTube.

23       Q.   Is this an instance of what you earlier were

24   referring to with regard to third-party marketing?

25            MS. KUMAR:   Objection.  Vague.

1    A.   This would be an example of partnership-based
2  marketing, which it's not a third party, but it is an
3  example of partner marketing.
4    Q.   Who was --
5    A.   So just to clarify, when I said third-party
6  marketing when we were discussing that previously, that
7  was a role for third-party games, not third-party
8  affiliates.
9    Q.   Are you aware of other instances where Halo
10  music has been used with third-party affiliates?
11         MS. KUMAR:  Objection.  Outside the scope of
12  the topic.  Calls for speculation.
13    A.   Not that I'm aware of, no.
14    Q.   What revenue did Microsoft receive for this
15  posting?
16    A.   As far as I'm aware -- or no.  Microsoft
17  received no revenue for this because we do not receive
18  revenue for posting on our own channels.
19    Q.   Do you receive any consideration from the
20  third-party affiliate for posting this on a Microsoft
21  channel?
22    A.   I'm sorry.  I don't quite understand the
23  question.
24    Q.   Do you get anything for posting a Doritos add
25  on your channel?

1     A.   Well, okay.  So, well, this is a partnership

2  with Taco Bell.  And when you say, "Did you get

3  anything," could you be more specific, please.

4     Q.   Did you receive anything of value for this

5  posting, anything at all that has any value to

6  Microsoft?

7     A.   Specific to this posting, I don't know.

8     Q.   You earlier described this as receiving the

9  opportunity to post in front of a particular audience,

10  those that are affiliated with Taco Bell.  Did you get

11  that out of this?

12          MS. KUMAR:  Objection.  Misstates his

13  testimony.

14     A.   Well, the particular video and link that I'm

15  giving my answers to were posted on our own channel, so

16  it reached our own audience.  So this was more of a

17  favor that we did for the partner.

18     Q.   A favor?  What do you mean by "a favor"?

19     A.   Okay.  In other words, in the world of

20  partnerships, it was a co-marketing favor in the sense

21  of something that we did without the exchange of money.

22     Q.   Does Microsoft receive some favor in return?

23          MS. KUMAR:  I'm going to object to it being

24  outside of the scope of the topic which talks about

25  revenue, not something of value.