# EXHIBIT 10

**From:** Dennis Ries </O=MICROSOFT/OU=NORTHAMERICA/CN=RECIPIENTS/CN=401577>
**To:** Ryan Crosby
**Sent:** 2/25/2009 4:57:43 PM
**Subject:** RE: Halo Wars TV Spot Music

**Redacted - Privileged**

**From:** Ryan Crosby
**Sent:** Tuesday, February 24, 2009 9:53 PM
**To:** Dennis Ries
**Subject:** FW: Halo Wars TV Spot Music

Here we go! Based on the email that we got from the ad team, the music is from Halo 1. I just want to make sure that we're all set before anyone comes knocking.

Let me know if you want to chat.

Ryan

**From:** Jim McQuillan <jimmcq@bungie.com>
**Sent:** Tuesday, February 24, 2009 9:40 PM
**To:** Ryan Crosby <rcrosby@microsoft.com>
**Cc:** Harold Ryan <hryan@bungie.com>; Brian Jarrard <bjarrard@bungie.com>; Pete Parsons <pparsons@bungie.com>
**Subject:** Re: Halo Wars TV Spot Music

Ryan,

Per our conversation I'm assuming legal is reviewing the O'Donnell Salvatori contract for Halo 2. From my memory the music was not clear for all right, in all media, but I could be mistaken. Additionally, Marty and Mike are ASCAP composers which does trigger some payment. The media buyers usually deal with this on commercials.

Dennis may already be working with O'Donnell Salvatori's attorney Jim Charne <charne@sprintmail.com> for Atlas and Omaha. He should reach out to him for clarification on the terms for Halo 2 if he hasn't already.

We'd appreciate if you need additional information about the Halo 2 contract, please reach out to Jim C. not Marty.

Thanks, Jim

**From:** Ryan Crosby <rcrosby@microsoft.com>
**Date:** Tue, 24 Feb 2009 19:53:52 -0800
**To:** James McQuillan <jimmcq@bungie.com>, Brian Jarrard <bjarrard@bungie.com>, Pete Parsons <pparsons@bungie.com>
**Subject:** Halo Wars TV Spot Music

Guys,

I just wanted to give you a heads up on this. The Halo Wars TV commercial uses some pieces of music form Halo 2 in the background (set against some of the CG cutscenes). I haven't actually seen the spot but it's my understanding that we have the rights to use this music. I don't think this should be a concern but wanted to give you a heads up so that you can manage your internal teams.

I also haven't seen the media plan but it will be running soon. Please let me know if you have any questions.

Thanks,

Confidential

MSFT_00017998

Confidential

MSFT_00017999