# EXHIBIT 20

| | |
|---|---|
| **From:** | Tom Buscaglia <thb@gameattorney.com> |
| **To:** | Conor O'Flaherty (CELA) |
| **CC:** | Matt Skelton (CELA); Marty O'Donnell; mike@michaelsalvatori.net |
| **Sent:** | 2/12/2019 7:01:31 PM |
| **Subject:** | Fwd: Halo/Microsoft |
| **Attachments:** | Halo_tv.pdf; Never_forget_midnight_version.pdf |

Conor

I currently represent the LLC, though I also represent Marty on several other matters.

Below are a few additional instances of uncompensated uses of ODS compositions as well as a partial list of unaccounted for marketing uses internally by MS.

Tom Buscaglia
The Game Attorney
P 206.463.9200
F 206.463.9290
C 305.409.3660
Skype - thombusc

Begin forwarded message:


Here is a list of Microsoft/Halo releases that have our music or derivatives of our music on them. I'm 99.9% sure that we've never been paid for unit sales, downloads or streaming for any of these, and 100% sure we've never gotten an "arms length third party" licensing fee for any of them either.

In no particular order:

Halo: Combat Evolved Anniversary soundtrack
Halo 2 Anniversary soundtrack
Halo trilogy soundtrack
Master Chief Collection game/soundtrack
Halo 4
Halo 5: Guardians
Halo 6
Halo Legends movie and trailer
Halo Wars 1 and 2 games and soundtracks

I'm also not sure that either Halo 3:ODST or Halo Reach were ever accounted for properly.

In addition, I've attached a list (not necessarily complete) of Halo TV commercials and marketing material going all the way back to 2001 that include our music, that we've not only never received a license fee for, but also the music was never properly cleared with ASCAP cue sheets by Microsoft.

In addition, there are dozens of pieces of ours that were re-arranged by Microsoft composers that have never been properly registered with ASCAP. I've attached correspondence I had with Microsoft regarding just one of the pieces, Never Forget, which I alerted them to over two years ago and which still has not been corrected.

Confidential

MSFT_00023849

Tom,

Thank you for providing the information requested regarding your client's claims. Now we have received information regarding the tracks your client asserts rights over, we can review this information in due course.

Kindly note that we have requested royalty statements from Sumthing Else Music and are waiting to receive these. As soon as we get these we will start work on an account reconciliation for your client, and provide that statement. We are engaging an external accountant to undertake this work.

You can of course ask for a "formal" audit on behalf of your client. I am not sure that will speed up the process of information-gathering as we have a dependency on SEM to provide these reports.

I am also working through the paperwork to assess the claim you have asserted regarding derivative works. I will respond to you fully on this claim in due course.

Please would you confirm who you are acting for in this matter. Are you representing Mr O'Donnell, Mr Salvatore, O'Donnell Salvatore LLC or all three?

Thanks
Conor

Confidential
MSFT_00023850