The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| O'DONNELL/SALVATORI, INC., an Illinois corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>  v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>    Defendant/Counterclaim Plaintiff. | NO. 2:20-cv-00882-MLP<br><br>**STIPULATION CONCERNING MICROSOFT'S MOTIONS TO EXCLUDE EXPERT TESTIMONY OF CEDAR BOSCHAN (DKT. 130) AND TIMOTHY SALZMAN (DKT. 132)** |

Defendant Microsoft Corporation's Motions to Exclude Expert Testimony of Cedar Boschan (Dkt. 130) and Timothy Salzman (Dkt. 132) were noted for February 4, 2022, meaning that any opposition was due January 31, 2022.  Plaintiff O'Donnell Salvatori, Inc. ("ODS")'s counsel has explained that ODS did not file any opposition by January 31, 2022, because of a glitch in its counsel's docketing software.  The parties agree that ODS will file its opposition briefs to the expert motions by 10 a.m. on Friday, February 11, in advance of their February 15, 2022 mediation, and that Microsoft's reply will be due on February 25, 2022.  The parties respectfully ask the Court to issue an order to this effect.

STIPULATION CONCERNING MICROSOFT'S MOTIONS TO EXCLUDE EXPERT TESTIMONY OF CEDAR BOSCHAN (DKT. 130) AND TIMOTHY SALZMAN (DKT. 132) -1

(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7538736.1
7538736.1

1  IT IS SO STIPULATED

2      DATED this 7th day of February, 2022.

3

4  *s/ Ambika K. Doran*                                    *s/ Mark Lawrence Lorbiecki*
   Ambika K. Doran, WSBA #38237                            Mark Lawrence Lorbiecki, WSBA # 16796
5  Xiang Li, WSBA #52306                                   Daniel A. Brown, WSBA # 22028
   **Davis Wright Tremaine LLP**                           **WILLIAMS, KASTNER & GIBBS PLLC**
6  920 Fifth Avenue, Suite 3300                            601 Union Street, Suite 4100
   Seattle, Washington 98104-1610                          Seattle, WA 98101-2380
7  Telephone: (206) 622-3150                               Tel:   (206) 628-6600
   Fax: (206) 757-7700                                     Fax:   (206) 628-6611
8  Email: ambikadoran@dwt.com                              Email: mlorbiecki@williamkastner.com
9  xiangli@dwt.com                                                dbrown@williamskastner.com
   *Attorneys for Defendant Microsoft*
10 *Corporation*                                           *Attorneys for Plaintiff/Counterclaim*
                                                           *Defendant O'Donnell/Salvatori, Inc.*
11

12 Peter Anderson, *pro hac vice*
   **Davis Wright Tremaine LLP**
13 865 South Figueroa Street, 24th Floor
   Los Angeles, California 90017-2566
14 Email: peteranderson@dwt.com
   *Attorneys for Defendant Microsoft*
15 *Corporation*

16

17      IT IS SO ORDERED.

18      Dated this 9th day of February, 2022.

19

20                                                         _____
                                                           MICHELLE L. PETERSON
21                                                         United States Magistrate Judge

22

23

24

25 STIPULATION CONCERNING MICROSOFT'S MOTIONS TO           **Williams, Kastner & Gibbs PLLC**
   EXCLUDE EXPERT TESTIMONY OF CEDAR BOSCHAN (DKT.         601 Union Street, Suite 4100
   130) AND TIMOTHY SALZMAN (DKT. 132) -2                  Seattle, WA 98101-2380
                                                           (206) 628-6600

   (2:20-cv-00882-MLP)

   7538736.1
   7538736.1