The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O'DONNELL/SALVATORI, INC., an Illinois corporation,<br><br>       Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>       Defendant/Counterclaim Plaintiff. | NO. 2:20-cv-00882-MLP<br><br>**STIPULATION CONCERNING MICROSOFT'S MOTION FOR SUMMARY JUDGMENT (DKT. 125)** |

Defendant Microsoft Corporation noted its Motion for Summary Judgment (Dkt. 125) for February 11, 2022, meaning that Defendant O'Donnell Salvatori, Inc.'s opposition was due February 7, 2022.  ODS failed to meet this deadline.  The parties agree that ODS will file its opposition to Microsoft's Motion for Summary Judgment no later than 10 a.m. on Friday, February 11, in advance of the parties' scheduled February 15, 2022 mediation, and that Microsoft's reply will be due on February 25, 2022.  The parties respectfully ask the Court to issue an order to this effect.

STIPULATION RE MICROSOFT'S MSJ (DKT. 125)- 1
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7539781.1

IT IS SO STIPULATED

DATED this 9th day of February, 2022.

| | |
|---|---|
| s/ Ambika Kumar<br>Ambika Kumar, WSBA #38237<br>Xiang Li, WSBA #52306<br>**Davis Wright Tremaine LLP**<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104-1610<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>Email: ambikakumar@dwt.com<br>xiangli@dwt.com<br>**Attorneys for Defendant Microsoft Corporation**<br><br>Peter Anderson, *pro hac vice*<br>**Davis Wright Tremaine LLP**<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br>Email: peteranderson@dwt.com<br>**Attorneys for Defendant Microsoft Corporation** | s/ Mark Lawrence Lorbiecki<br>Mark Lawrence Lorbiecki, WSBA # 16796<br>Daniel A. Brown, WSBA # 22028<br>**WILLIAMS, KASTNER & GIBBS PLLC**<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Tel: (206) 628-6600<br>Fax: (206) 628-6611<br>Email: mlorbiecki@williamkastner.com<br>dbrown@williamskastner.com<br><br>**Attorneys for Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc.** |

IT IS SO ORDERED.

Dated this 9th day of February, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION RE MICROSOFT'S MSJ (DKT. 125)- 2
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7539781.1