The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

O'DONNELL/SALVATORI, INC., an Illinois corporation,

Plaintiff/Counterclaim Defendant,

v.

MICROSOFT CORPORATION, a Washington corporation,

Defendant/Counterclaim Plaintiff.

NO. 2:20-cv-00882-MLP

**DECLARATION OF MARK LORBIECKI IN SUPPORT OF ODS'S RESPONSE TO DEFENDANT MICROSOFT CORPORATION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF TIMOTHY SALZMAN**

**NOTED ON MOTION CALENDAR: February 25, 2022**

**ORAL ARGUMENT REQUESTED**

1. I am an attorney for Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc. ("ODS") in the above-entitled action. I make this declaration based on personal knowledge, am over the age of 18 and competent to testify.

1. Exhibit A is a true and accurate excerpted copy of the 30(b)(6) deposition of Microsoft indicating that Microsoft had used various of the ODS works to form new music which was not properly attributed to either of Michael Salvatori or Martin O'Donnell.

DECLARATION OF MARK LORBIECKI IN SUPPORT OF ODS'S RESPONSE TO DEFENDANT MICROSOFT CORPORATION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF TIMOTHY SALZMAN - 1
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7539746.1

2.   Attached hereto as Exhibit B is a true and correct copy of excerpts of the Joel Yarger deposition.

3.   Attached hereto as Exhibit C is a true and correct copy of excerpts of the Martin O'Donnell deposition.

4.   Attached hereto as Exhibit D is a true and correct copy of excerpts of the Michael Salvatori deposition.

5.   Attached hereto as Exhibit E is a true and correct copy of excerpts of the Paul Lipson deposition.

6.   Attached hereto as Exhibit F is a true and correct copy of excerpts of the Sotaro Tojima deposition.

7.   Attached hereto as Exhibit G is a true and correct copy of excerpts of the Thomas Salta deposition.

8.   Attached hereto as Exhibit H is a true and correct copy of excerpts of the Timothy Salzman deposition.

9.   THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, SO STATED UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND THE UNITED STATES OF AMERICA.

DECLARATION OF MARK LORBIECKI IN SUPPORT OF ODS'S RESPONSE TO DEFENDANT MICROSOFT CORPORATION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF TIMOTHY SALZMAN - 2
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7539746.1

DATED this 11th day of February, 2022.

*s/ Mark Lawrence Lorbiecki*
Mark Lawrence Lorbiecki, WSBA # 16796
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
Fax: (206) 628-6611
Email: mlorbiecki@williamkastner.com

***Attorneys for Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc.***

DECLARATION OF MARK LORBIECKI IN SUPPORT OF ODS'S RESPONSE TO DEFENDANT MICROSOFT CORPORATION'S MOTION TO EXCLUDE EXPERT TESTIMONY OF TIMOTHY SALZMAN - 3
(2:20-cv-00882-MLP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7539746.1