UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O'DONNELL/SALVATORI INC,<br><br>                Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. C20-882-MLP<br><br>ORDER |

It appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date and all pending motions are STRICKEN.

The Court retains jurisdiction for sixty (60) days from the date of this Order. Either party may move to reopen the case within that time.

The Clerk is DIRECTED to close this case and to send a copy of this Order to all counsel of record.

Dated this 25th day of March, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1