The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O'DONNELL/SALVATORI, INC., an Illinois corporation,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Defendant/Counterclaim Plaintiff. | NO. C20-882-MLP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

IT IS STIPULATED by and between the parties hereto that the above-entitled lawsuit may be dismissed in its entirety, with prejudice and without costs, each party to bear its respective attorney's fees and costs, and with the Court to retain jurisdiction to enforce the parties' Settlement Agreement dated as of March 24, 2022.

DATED this 14th day of April, 2022.

| WILLIAMS KASTNER & GIBBS PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By *s/Mark Lawrence Lorbiecki*<br>　Mark Lorbiecki, WSBA No. 16796<br>Attorneys for Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc. | By *s/ Ambika Kumar*<br>　Ambika Kumar, WSBA No. 38237<br>Attorneys for Defendant/Counterclaim Plaintiff Microsoft Corporation |

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE
(C20-882-MLP ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

The parties having stipulated for dismissal of the above-entitled matter without costs; and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED that the above-entitled matter be, and the same hereby is, dismissed with prejudice and without costs to either party and with the Court to retain jurisdiction to enforce the parties' Settlement Agreement dated as of March 24, 2022.

Dated this 15th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

WILLIAMS KASTNER & GIBBS PLLC

By *s/Mark Lawrence Lorbiecki*
   Mark Lorbiecki, WSBA No. 16796
Attorneys for Plaintiff/Counterclaim Defendant O'Donnell/Salvatori, Inc.

DAVIS WRIGHT TREMAINE LLP

By *s/ Ambika Kumar*
   Ambika Kumar, WSBA No. 38237
Attorneys for Defendant/Counterclaim Plaintiff Microsoft Corporation

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE
(C20-882-MLP ) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax